**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1964**

RAEBURN S. GRASTY,

Plaintiff – Appellee,

v.

ISAAC T. ANDERSON, Officer; CHRISTOPHER M. HAMILTON,

Defendants – Appellants,

and

THE CITY OF ROANOKE; A.L. JOE GASKINS, Chief of Police;
BARBARA P. CARTER,

Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Samuel G. Wilson, District
Judge.   (7:09-cv-00471-SGW-PMS)

Submitted:  January 25, 2011          Decided:  February 10, 2011

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Ross Spencer, CITY ATTORNEY'S OFFICE, Roanoke, Virginia,
for Appellants.  Raeburn S. Grasty, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac T. Anderson and Christopher M. Hamilton appeal the district court's order granting in part and denying in part summary judgment for the Appellants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Grasty v. Anderson</u>, No. 7:09-cv-00471-SGW-PMS (W.D. Va. Aug. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>